11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Valley Transport
Brokerage, Inc.

Appellant

Vs.                   No.
11-01-00414-CV B
Appeal from Eastland County

Eagle
Construction and Environmental Services, L.P.

Appellee

 

The
parties have filed in this court a joint motion to dismiss the appeal.  In the motion, the parties state that they
have Areached an
agreement to settle and compromise their differences@ and that Athere
is no further need for this appeal.@  The motion is granted.  TEX.R.APP.P. 42.1(a).

The
appeal is dismissed.

 

PER CURIAM

 

March 28, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.